THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER A. NICHOLSON, Also Known as JOHN DOE, Appellant.

Submitted September 2, 2014; decided September 11, 2014

Motion for assignment of counsel granted and Mary P. Davison, Esq., care of Davison Law Office, PO Box 652, 61 North Main St., Suite C, Canandaigua, New York 14424 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE L. WRAGG, Appellant.

Submitted September 2, 2014; decided September 11, 2014

Motion for assignment of counsel granted and Shirley A. Gorman, Esq., PO Box 629, 19 Market St., Brockport, New York 14420 assigned as counsel to the appellant on the appeal herein.

36 EAST 57TH STREET LLC, Respondent, v SIMON FALIC, Appellant.

Submitted July 28, 2014; decided September 11, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge SMITH taking no part.